## Tackett v. Commonwealth.

(Decided September 30, 1924.)

### Appeal from Pike Circuit Court.

Indictment and Information—Indictment Charging Violation of all Provisions of Prohibition Act Demurrable Unless Commonwealth Elects.—Court should have sustained demurrer to indictment charging violation of nearly every provision of the Prohibition Act, or have required Commonwealth to elect.

PICKLESIMER & STEELE for appellant.

FRANK E. DAUGHERTY, Attorney General, and CHARLES F. CREAL, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY JUDGE CLAY—Reversing.

Appellant was convicted under an indictment charging the violation of nearly every provision of the Prohibition Act. The court should have sustained his demurrer to the indictment, or have required the Commonwealth to elect. Neither was done, and the error compels a reversal of the judgment. Caudill v. Commonwealth, 202 Ky. 730, — S. W. —.

Judgment reversed, and cause remanded for a new trial consistent with this opinion.